EDWARD J. WHALEN, Plaintiff and Counter-defendant, Appellee, *v.* MARY WHALEN, Defendant and Counter-plaintiff, Appellant.

(No. 53557; )

First District—April 8, 1971.

Opinion by Mr. PRESIDING JUSTICE EBERSPACHER.

Sherwin and Sherwin, of Chicago, (Theodore R. Sherwin, of counsel,) for appellant.

Joe Rieff, of Chicago, for appellee.